**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1450**

———————

SIDNEY B. HARR,

             Plaintiff - Appellant,

        v.

RICHARD H. BRODHEAD; DAVID F. LEVI; DUKE UNIVERSITY,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.     Thomas David
Schroeder, District Judge.   (1:11-cv-00263-TDS-JEP)

———————

Submitted:  July 26, 2012            Decided:  August 1, 2012

———————

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sidney B. Harr, Appellant Pro Se.  Dixie Thomas Wells, ELLIS &
WINTERS, LLP, Greensboro, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sidney B. Harr appeals the district court's order adopting the magistrate judge's recommendation to grant Defendant's Fed. R. Civ. P. 12(b)(6) motion to dismiss his complaint alleging Defendants violated his civil rights. We have reviewed the record and find no reversible error. Accordingly, we deny Harr's motion to schedule oral argument and affirm the district court's judgment. See Harr v. Brodhead, No. 1:11-cv-00263-TDS-JEP (M.D.N.C. March 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED